UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Meetrix IP, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>Citrix Systems, Inc., GetGo, Inc.,<br><br>  Defendants. | Civil Action No. 1:16-cv-1033-LY |
| Meetrix IP, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>LogMeIn, Inc.,<br><br>  Defendant. | Civil Action No. 1:16-cv-1034-LY |

**JOINT MOTION TO EXCEED PAGE LIMITS FOR
CLAIM CONSTRUCTION BRIEFS**

Plaintiff Meetrix IP, LLC and Defendants LogMeIn, Inc., Citrix Systems, Inc., and GetGo, Inc., jointly submit this Motion to Exceed Page Limits for Claim Construction Briefs.

The parties in this action are scheduled to submit opening claim construction briefs on August 14, 2017 and reply claim construction briefs on September 11, 2017.  Local Rule CV-7(d)(3) provides a 10 page limit to non-dispositive motions.

There are three patents at issue in this litigation.  To address all the issues that the parties have identified for claim construction, the parties agree that the page limit for the opening and responsive briefs should be increased.  Specifically, the parties agree that the page limit for the opening claim construction briefs should be increased to 25 pages and the page limit for the reply claim construction briefs should be increased to 20 pages.

1

Accordingly, Plaintiff Meetrix IP, LLC and Defendants LogMeIn, Inc., Citrix Systems, Inc., and GetGo, Inc. request that the Court approve the attached Order granting this Motion to Exceed Page Limits for Claim Construction Briefing.

DATED:  July 17, 2017

By: */s/ John D. Saba, Jr.*
    Andrew G. DiNovo
    TX State Bar No. 00790594
    adinovo@dpelaw.com
    Daniel L. Schmid
    TX State Bar No. 24093118
    dschmid@dpelaw.com
    DINOVO PRICE ELLWANGER & HARDY LLP
    7000 N. MoPac Expressway, Suite 350
    Austin, Texas 78731
    Tel.: (512) 539-2626
    Fax: (512) 539-2627

    John D. Saba, Jr.
    TX State Bar No. 24037415
    WITTLIFF, CUTTER, AUSTIN, PLLC
    1806 West. Ave.
    Austin, Texas 78701
    Tel.: (512) 960-4438
    Fax: (512) 960-4869
    *Attorneys for Plaintiff Meetrix IP, LLC*

Respectfully submitted,

By: */s/ Charles H. Sanders*
    Steve Wingard
    TX State Bar No. 00788694
    swingard@scottdoug.com
    Paige Arnette Amstutz
    TX State Bar No. 00796136
    pamstutz@scottdoug.com
    SCOTT, DOUGLASS & MCCONNICO LLP
    303 Colorado Street, Suite 2400
    Austin, Texas 78701-3234
    Tel.: (512) 494-6300
    Fax: (512) 495-6399

    Charles H. Sanders (*Pro Hac Vice*)
    *charles.sanders@lw.com*
    William J. Trach (*Pro Hac Vice*)
    *william.trach@@lw.com*
    Nathanial J. McPherson (*Pro Hac Vice*)
    *nathanial.mcpherson@lw.com*
    LATHAM & WATKINS LLP
    John Hancock Tower, 27th Floor
    200 Clarendon Street
    Boston, MA 02116
    Tel.: (617) 948-6000
    Fax: (617) 948-6001

    Gabriel K. Bell (*Pro Hac Vice*)
    *gabriel.bell@lw.com*
    LATHAM & WATKINS LLP
    555 Eleventh Street, NW
    Suite 1000
    Washington, D.C. 20004-1304
    Tel.: (202) 637-2200
    Fax: (202) 637-2201
    *Attorneys for Defendants LogMeIn, Inc., GetGo, Inc., and Citrix Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule 5(b)(2)(E) on July 17, 2017.  As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule 5(b)(2)(E) and by email.

*/s/ John D. Saba, Jr.*
John D. Saba, Jr.