UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Meetrix IP, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>Citrix Systems, Inc., GetGo, Inc.,<br><br>   Defendants. | Civil Action No. 1:16-cv-1033-LY |
| Meetrix IP, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>LogMeIn, Inc.,<br><br>   Defendant. | Civil Action No. 1:16-cv-1034-LY |

**ORDER ON JOINT MOTION TO EXCEED PAGE LIMITS**

Before the Court is the Joint Motion to Exceed Page Limits for Claim Construction Briefs. The Court is of the opinion that said Motion should be granted.

It is therefore ORDERED that the Joint Motion is GRANTED. The page limit for opening claim construction briefs is set at 25 pages. The page limit for reply claim construction briefs is set at 20 pages.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE